# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 13, 2023

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

      No. 20-40269   Calhoun v. Stearns Lending
                        USDC No. 4:19-CV-55
                        USDC No. 4:19-CV-88

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc:
    Ms. Teressa R. Calhoun
    Mr. Richard Dwayne Danner
    Ms. Kathryn B. Davis
    Mr. Britton Lee Larison
    Mr. Ethan Ostroff